**Goldman & Associates**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __2/15/2022__
```

190 E. 161st Street
Bronx, NY 10451

B: (718) 538-5743
F: (347) 862-6408

attorneystevengodman@gmail.com
www.goldmancriminaldefense.com

February 14, 2022

**By ECF**

Honorable Edgardo Ramos
United States District Court
Southern District of New York

**MEMO ENDORSED**

Re: USA v. Adeniyi, Case No. 21-cr-00159-ER

Honorable Judge Ramos,

    I am writing to inform you that I have been informed by my client that he has hired new counsel, one A. Jack Fishman. I have confirmed with Mr. Fishman that he has, in fact, been retained in this matter. I have also confirmed with Mr. Adeniyi that he will no longer be needing my services. Finally, it is my understanding that Mr. Fishman has already reached-out to AUSA Chow about this case. I am, therefore, asking to be relieved from further representation of Mr. Adeniyi in this matter. I will, of course, share my file and do whatever is necessary to insure a smooth transition to Mr. Fishman.

Sincerely,

/S/

Steven Goldman

---

Mr. Goldman's application to withdraw as counsel of record is granted. Mr. Fishman is directed to enter his appearance by Friday, February 18, 2022. Mr. Goldman is directed to provide a copy of this order to Mr. Fishman.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: __2/15/2022__
New York, New York