**CARLA SANDERSON**

ATTORNEY   NY, NJ, SDNY, EDNY

260 MADISON AVENUE FL 22 | T 646.499.3818
NEW YORK, NEW YORK 10016 | F 646.499.3814
carla@carlasandersonlaw.com | carlasandersonlaw.com

July 31, 2023

<u>VIA ECF</u>
The Honorable Edgardo Ramos
United States District Court Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   <u>United States v. Abraham Adeniyi</u>
      1:21-cr-00159 (ER)

Dear Judge Ramos,

    Michael Cornacchia and I represent Abraham Adeniyi in the above captioned case. By this letter, Mr. Adeniyi moves to request that the Court issue an Order directing the Pretrial Services Office to return his United States passport to his designated representative, Ogheneochuko Okobiah, subsequent to his surrender to his designated facility on October 30, 2023. On July 28, 2023, Mr. Adeniyi was sentenced to a term of imprisonment of 36 months followed by a three-year period of supervised release. As per the Court's Order he is to self-surrender on October 30, 2023. As a condition of release, Mr. Adeniyi surrendered his United States passport to the Pretrial Services Office for the Northern District of Georgia where he resides. He seeks the return of his passport because if it is not returned it will be forwarded to the Department of State.

    AUSA Anden Chow has been notified of this application and has no opposition.

Respectfully submitted,

/s
_____
Carla Sanderson
Michael Cornacchia

Pretrial Services is directed to return Mr. Adeniyi's passport to Ogheneochuko Okobiah after Mr. Adeniyi has surrendered to his designated facility.
SO ORDERED.

*[signature]*
Edgardo Ramos, U.S.D.J.
Dated: 8/1/2023
New York, New York